ALEXANDER WASS *vs.* WILLIAM S. BARTLETT.

A defendant arrested on mesne process, and refused the poor debtors' oath, is entitled to give a bail bond under *St.* 1857, *c.* 141, § 22.

HABEAS CORPUS. The petitioner was arrested on mesne process and taken before a magistrate under *St.* 1857, *c.* 141, § 21, who refused to administer to him the poor debtors' oath. Upon being committed to jail, he offered to give a bail bond, which was refused, and this writ was sued out.

*A. S. Wheeler*, for the petitioner.

*B. Dean*, for the creditor.

BY THE COURT. The provision of *St.* 1857, *c.* 141, § 21, that a debtor arrested on mesne process, and carried before a magistrate, and by him refused the poor debtor's oath, and committed to jail, shall be " there kept until final judgment in the suit in which he was arrested," is qualified by the subsequent provision " unless he shall " do one of certain acts, one of which is giving a bail bond according to § 22.    *Prisoner discharged.*